**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

NYJHIA RIVERS,

Plaintiff,

-against-

20 **CIVIL** 2471 (JPO)

## **JUDGMENT**

INTERNATIONAL HOUSE OF
PANCAKES, et al.,

Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 8, 2021, Defendants' motion to dismiss

pursuant to Rule 12(b)(6) is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

March 8, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

Kmango

**Deputy Clerk**

3/8/2021